**Attachment to Civil Cover Sheet**
(Attorney Names, Addresses, and Phone Numbers)

I.(c)

Counsel for Plaintiff:

ERIC NEFF
TIMOTHY F. MELLET
DAVID D. VANDENBERG
TX Bar No. 24107948
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, D.C. 20002
Telephone: (202) 307-2767
Fax: (202) 307-3961
Eric.Neff@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov