| | |
|---|---|
| **From:** | Voting Section (CRT) |
| **To:** | william.galvin@sec.state.ma.us |
| **Cc:** | Tassinari, Michelle (SEC) |
| **Subject:** | Please see the attached correspondence |
| **Date:** | Tuesday, July 22, 2025 5:03:00 PM |
| **Attachments:** | Commonwealth of Massachussetts.pdf |

Dear Secretary Galvin,

Please see the attached correspondence. If you would like to send responsive materials via the Department's secure file-sharing platform, Justice Enterprise File Sharing (JEFS), please let us know and we will send you instructions. Thank you.

**Voting Section**

Civil Rights Division

U.S. Department of Justice

950 Pennsylvania Ave NW- 4CON

Washington, D.C. 20530

1(800)253-3931

**U.S. Department of Justice**

Civil Rights Division

---

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 22, 2025

<u>Via Mail and Email</u>

The Honorable William Francis Galvin
Secretary of the Commonwealth
1 Ashburton Place
Boston, MA 02108
william.galvin@sec.state.ma.us

Dear Secretary Galvin:

  We write to you as the chief election official for the Commonwealth of Massachusetts to request information regarding the Commonwealth's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

  Please provide a list of the election officials who are responsible for implementing Massachusetts' general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the Commonwealth's list maintenance program has been properly carried out in full compliance with the NVRA. Please include both the actions taken by Massachusetts officials as well as county officials.

  The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

  Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

1. The current electronic copy of Massachusetts' computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter

       registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. In the EAVS data for Question A10a, Massachusetts sent 580,433 confirmation notices, and 100% of the "Result of Confirmation Notice" is under "Not Categorized." The EAVS data for Questions A10b-A10f reflect that neither the Commonwealth nor the localities in the Commonwealth provided a response to these questions regarding voters' responses to confirmation notices. Please explain how the "Result of Confirmation Notice" is determined for the 580,433 confirmation notices that Massachusetts sent. Please provide that data to the extent possible.

2. Similarly, the Commonwealth and localities do not provide data for the reasons for sending confirmation notices in A11a-k. The locality responses indicate that the data cannot be provided and the data is not available. Please explain why the data cannot be provided and how it is determined whether and when confirmation notices should be sent.

3. In EAVS Question A12b, Massachusetts indicates that it removed 441,784 voters for moved out of jurisdiction. In EAVS Question A12e, Massachusetts indicates that it removed 120,203 voters for failure to respond to a sent confirmation notice and not voting in the two most recent federal elections. Please explain how the Commonwealth uses the confirmation notice process to remove voters from the voter lists in the A12b and A12e categories.

       Please provide a description of the steps that Massachusetts has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures Massachusetts used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

       1. Non-citizen

       2. Adjudicated incompetent

       3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

       Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division


cc:   Michelle Tassinari
      First Deputy Secretary of the Commonwealth
      Director & Legal Counsel, Elections Division
      1 Ashburton Place, Room 1705
      Boston, MA 02108
      michelle.tassinari@sec.state.ma.us

3