| | |
|---|---|
| **From:** | Tassinari, Michelle (SEC) |
| **To:** | Voting Section (CRT); Riordan, Maureen (CRT) |
| **Cc:** | Murray, Rebecca (SEC) |
| **Subject:** | [EXTERNAL] RE: Please see the attached correspondence |
| **Date:** | Thursday, August 7, 2025 11:05:36 AM |
| **Attachments:** | MA SOC DOJ Reply 8.7.2025.pdf |

Good Morning-

Attached please find a reply to your letter.

Michelle K. Tassinari
First Deputy Secretary
Director and Legal Counsel, Elections Division
Office of the Secretary of the Commonwealth
One Ashburton Place, Room 1705
Boston, MA 02108
617-727-2828
Michelle.Tassinari@sec.state.ma.us

---

**From:** Voting Section (CRT) <Voting.Section@usdoj.gov>
**Sent:** Tuesday, July 22, 2025 5:03 PM
**To:** Galvin, William Francis (SEC) <William.Galvin@sec.state.ma.us>
**Cc:** Tassinari, Michelle (SEC) <Michelle.Tassinari@sec.state.ma.us>
**Subject:** Please see the attached correspondence

Dear Secretary Galvin,

Please see the attached correspondence. If you would like to send responsive materials via the Department's secure file-sharing platform, Justice Enterprise File Sharing (JEFS), please let us know and we will send you instructions. Thank you.

**Voting Section**
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave NW- 4CON
Washington, D.C. 20530
1(800)253-3931



# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Elections Division

August 7, 2025

Maureen Riordan, Acting Chief
Michael E. Gates, Deputy Assistant Attorney General
U.S. Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave, NW
Washington, DC 20530

*Via Email Only*

Dear Acting Chief Riordan and Deputy Assistant Attorney General Gates:

I am writing on behalf of Secretary of the Commonwealth William Francis Galvin in regards to your letter dated July 22, 2025, in which you request certain information as well as inquire about data reported by this Office as part of the Election Administration and Voting Survey report published by the Election Assistance Commission.

We are preparing a response but require additional time. We expect to provide the Department with a response within 60 days.  Please let me know if you have any questions.

Very truly yours,

Michelle K. Tassinari
First Deputy Secretary
Director and Legal Counsel, Elections Division