| | |
|---|---|
| **From:** | Voting Section (CRT) |
| **To:** | william.galvin@sec.state.ma.us |
| **Cc:** | Michelle.Tassinari@sec.state.ma.us |
| **Subject:** | NVRA Compliance follow-up |
| **Date:** | Thursday, August 28, 2025 11:42:00 AM |

Good morning,

We are writing to follow up on our letter dated August 14, 2025. We requested Massachusetts' statewide voter registration list by August 21. To date, we have not received a response from you. Please let us know if you have any questions or concerns.

Thank you,

**Voting Section**
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave NW- 4CON
Washington, D.C. 20530
1(800)253-3931