IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>    Defendant. | Case No. 1:25-cv-13816 |

**NEW ENGLAND STATE AREA CONFERENCE OF THE NAACP AND THE MASSACHUSETTS ALLIANCE FOR RETIRED AMERICANS' UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS**

Proposed Intervenors the New England State Area Conference of the National Association for the Advancement of Colored People ("NAACP NEAC") and the Massachusetts Alliance for Retired Americans (the "Alliance") move to intervene as defendants in this matter to defend their significant interests that stand to be impaired by this litigation.

For the reasons discussed in the supporting brief filed alongside this Motion, and the Declarations attached thereto, Proposed Intervenors are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenors request permissive intervention pursuant to Rule 24(b). Pursuant to Rule 24(c), a Proposed Answer is also attached to this Motion.[1]

---

[1] Proposed Intervenors provide the Proposed Answer to comply with Rule 24(c), but they intend to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

Consistent with Local Rule 7(1)(a)(2), Proposed Intervenors have conferred with the existing parties over email. Counsel for the United States of America informed counsel for Proposed Intervenors that they do not oppose the Motion. Counsel for the Commonwealth of Massachusetts informed counsel for Proposed Intervenors that they take no position on the Motion.

**WHEREFORE**, the Proposed Intervenors respectfully request that the Court grant their intervention in the above-captioned matter.

Dated: December 21, 2025

Respectfully submitted,

/s/ David R. Fox
David R. Fox (BBO #692372)
Kevin Kowalewski*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
kkowalewski@elias.law
tshaw@elias.law

*Counsel for Proposed Intervenors the New England State Area Conference of the NAACP and the Massachusetts Alliance for Retired Americans*

\* *Pro Hac Vice* Applications Forthcoming

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of December, 2025, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ David R. Fox*
David R. Fox (BBO #692372)