IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts, <br><br> Defendant. | Case No. 1:25-cv-13816 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor National Association for the Advancement of Colored People's New England State Area Conference, through undersigned counsel, hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 21, 2025

Respectfully submitted,

*/s/ David R. Fox*
David R. Fox (BBO #692372)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law

*Counsel for Proposed Intervenors the New England State Area Conference of the NAACP and the Massachusetts Alliance for Retired Americans*