IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendants. | Case No. 1:25-CV-13816-LTS |

**JOINT STATUS REPORT**

Plaintiff United States of America; Defendant William Francis Galvin, in his official capacity as the Secretary of the Commonwealth of Massachusetts[1]; and Defendant Intervenors Common Cause, Jane Doe Inc., Juan Pablo Jaramillo, the New England State Area Conference of the National Association of Colored People, and the Massachusetts Alliance for Retired Americans submit this Joint Status Report in response to the Court's January 6, 2026 Order, ECF No. 30.

The parties jointly request that the Court enter the following briefing schedule:

- Defendant and Defendant Intervenors will file their responsive pleadings to Plaintiff's complaint, ECF No. 1, and oppositions to Plaintiff's motion to compel production, ECF No. 6, by February 6, 2026.

- Plaintiff will file its opposition to the responsive pleadings and/or reply to any responses to motion to compel production by February 27, 2026.

---

[1] Defendant Galvin maintains his objection that service was not properly made upon him, but nonetheless has offered to accept service and agreed to the briefing schedule contained herein.

- Defendant and Defendant Intervenors will file any replies to Plaintiff's opposition to the responsive pleadings by March 13, 2026.

DATED:  January 9, 2026

Respectfully submitted,

| | |
|---|---|
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>Eric Neff<br>Acting Chief, Voting Section<br>Civil Rights Division<br><br><br>/s/ *David D. Vandenberg*<br>DAVID D. VANDENBERG<br>Trial Attorney<br>Civil Rights Division<br>950 Pennsylvania Ave., NW<br>4CON 8.143<br>Washington, DC 20530<br>David.Vandenberg@usdoj.gov<br>Tel. (202) 307-2767<br><br>*Attorney for the United States* | WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts<br><br>By his attorney,<br><br>ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL<br><br><br>/s/ Anne Sterman<br>Anne Sterman, BBO #650426<br>Phoebe Fischer-Groban, BBO # 687068<br>Vanessa Arslanian, BBO #688099<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2524<br>anne.sterman@mass.gov<br>phoebe.fischer-groban@mass.gov<br>vanessa.arslanian@mass.gov |
| Ari J. Savitzky*<br>Theresa J. Lee*<br>Sophia Lin Lakin*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: (212) 549-2500<br>asavitzky@aclu.org<br>tlee@aclu.org | */s/ David R. Fox*<br>David R. Fox (BBO #692372)<br>Kevin Kowalewski*<br>Tori Shaw*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20001<br>T: (202) 968-4490<br>F: (202) 968-4498<br>dfox@elias.law |

| | |
|---|---|
| slakin@aclu.org<br><br>Megan Keenan*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street NW<br>Washington, DC 20005<br>Tel.: (202) 457-0800<br>mkeenan@aclu.org<br><br>* admitted pro hac vice<br><br>Jessie J. Rossman (BBO # 670685)<br>Suzanne Schlossberg (BBO #703914)<br>AMERICAN CIVIL LIBERTIES UNION<br>  FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>Tel.: (617) 482-3170<br>jrossman@aclum.org<br>sschlossberg@aclum.org<br><br>*Attorneys for Defendant Intervenors Common Cause, Jane Doe Inc., Juan Pablo Jaramillo* | kkowalewski@elias.law<br>tshaw@elias.law<br><br>* *Admitted Pro Hac Vice*<br><br>*Counsel for Defendant Intervenors the New England State Area Conference of the NAACP and the Massachusetts Alliance for Retired Americans* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 9, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                       */s/ David D. Vandenberg*
                                                                       David D. Vandenberg