# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-13816 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Ma | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. William Francis Galvin, Secretary of the Commonwealth

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Ashburton Place, Room 1705, Boston, MA 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David Vandenberg
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street, NE, Rm. 8.143, Washington, D.C. 20002

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
*David D. Vandenberg*  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (202) 307-2767
DATE: 12/12/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 1 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk | Date: 12/18/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Joseph Barnes AGO Mail Room
Date: 12/18/25  Time: 2:30 pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:
1 DUSM
1 HOUR
3 miles
1 attempt

Form USM-285
Rev. 03/21