# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>   Defendant. | Case No. 1:25-cv-13816 |

## NEW ENGLAND STATE AREA CONFERENCE OF THE NAACP AND THE MASSACHUSETTS ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS

Intervenor-Defendants the New England State Area Conference of the National Association for the Advancement of Colored People ("NAACP NEAC") and the Massachusetts Alliance for Retired Americans ("the Alliance") respectfully move to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons discussed in the supporting brief filed alongside this Motion, Plaintiff's Complaint fails to state a claim upon which relief may be granted.

Consistent with Local Rule 7(1)(a)(2), Intervenor-Defendants have conferred with the existing parties over email. Counsel for the United States of America informed counsel for Intervenor Defendants that they oppose the Motion. Counsel for the Commonwealth of Massachusetts and the Common Cause Intervenors informed counsel for Intervenor-Defendants that they do not oppose the Motion.

**WHEREFORE**, Intervenor-Defendants request that the Court dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6).

Dated: February 6, 2026

Respectfully submitted,

/s/ David R. Fox
David R. Fox (BBO #692372)
Kevin Kowalewski*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
kkowalewski@elias.law
tshaw@elias.law

*Counsel for Intervenor-Defendants the New England State Area Conference of the NAACP and the Massachusetts Alliance for Retired Americans*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ David R. Fox*
David R. Fox (BBO #692372)
