IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-cv-13816-LTS |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, moves to dismiss the complaint, ECF No. 1, for failure to state a claim upon which relief can be granted.

The complaint fails to state a claim upon which relief can be granted because the United States's written demand fails to meet the basic statutory requirements for a demand for records under Title III of the Civil Rights Act of 1960, the records it seeks are outside the scope of the Act, and federal and state privacy laws require redaction of sensitive personal information from Massachusetts's voter registration list.

WHEREFORE, for these reasons and the reasons set forth in his supporting memorandum of law, the Secretary respectfully requests that the Court dismiss the complaint, with prejudice.

Respectfully submitted,

WILLIAM FRANCIS GALVIN, in his
official capacity as Secretary of the
Commonwealth of Massachusetts,

By his attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Phoebe Fischer-Groban*
Anne Sterman, BBO No. 650426
Phoebe Fischer-Groban, BBO No. 687068
*Assistant Attorneys General*
Vanessa A. Arslanian, BBO No. 688099
*State Trial Counsel*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2524
anne.sterman@mass.gov
phoebe.fischer-groban@mass.gov
vanessa.arslanian@mass.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Anne Sterman, Assistant Attorney General, hereby certify that I met and conferred with counsel for the Plaintiff in good faith to resolve or narrow the issues presented by this motion and was able to reach agreement as indicated in the body of the motion.

/s/ Anne Sterman
Anne Sterman
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Phoebe Fischer-Groban, Assistant Attorney General, certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on February 6, 2026.

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban
Assistant Attorney General