IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendant. | Case No. 1:25-cv-13816<br>(Hon. Leo T. Sorokin) |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae. For the reasons set out in the supporting memorandum filed alongside this motion, this Court should exercise its discretion to allow the DNC to file an amicus brief. A proposed amicus brief is attached hereto.

**WHEREFORE**, the Democratic National Committee respectfully requests that this Court grant its motion for leave to file an amicus brief in the above-captioned matter.

Dated: February 9, 2026

/s/ Thomas R. Kiley
Thomas R. Kiley (BBO # 271460)
CEK Boston, P.C.
One International Place, Suite 1820
Boston, MA 02110
(617) 439-7775
tkiley@ceklaw.net

Respectfully submitted,

/s/ Daniel Freeman
Daniel Freeman*
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

*Attorneys for the Democratic National Committee*

\* *Pro hac vice forthcoming*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to local Rule 7.1(a)(2), I certify that counsel for Plaintiff and Defendant were contacted regarding the subject of this motion and take no position.

/s/ Thomas R. Kiley
Thomas R. Kiley

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ Thomas R. Kiley
Thomas R. Kiley