# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>             Defendant. | Civil Case No.: 1:25-cv-13816-LTS<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE** |

*Amici* Former Employees of the U.S. Department of Justice ("Former Employees") respectfully move for leave to file a brief in this matter as *amici curiae*. The proposed brief is attached to this motion. Both the Common Cause Intervenors and the NAACP NEAC Intervenors consent to this motion; Plaintiff and Defendant take no position.

**WHEREFORE**, the Former Employees respectfully request that this Court grant its motion for leave to file a brief as *amici curiae* in the above-captioned matter.

Dated: February 13, 2026

Respectfully submitted,

/s/ Megan K. Smith

Megan K. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035
(310) 246-8574
megansmith@omm.com

*Attorney for* Amici Curiae *Former Employees of the U.S. Department of Justice*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Plaintiff, Defendant, and Intervenors were contacted regarding the subject of this motion, that Intervenors consent, and that Plaintiff and Defendant take no position.

/s/ Megan K. Smith

Megan K. Smith

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

/s/ Megan K. Smith

Megan K. Smith