IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendant. | CIVIL ACTION NO. 1:25-CV-13816-LTS<br>(Hon. Leo T. Sorokin) |

### MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* <u>THE BIPARTISAN AMERICAN ELECTION PROJECT</u>

The Bipartisan American Election Project ("BAEP") respectfully requests leave to file a brief in this case as *amicus curiae*. For the reasons set out in the supporting memorandum filed with this motion, BAEP respectfully asks the Court to exercise its discretion to allow BAEP to file an amicus brief. The proposed amicus brief is being filed simultaneously with this motion. Defendant and Intervenors consent to this motion.

BAEP believes Plaintiff the United States of America opposes this motion, but Plaintiff's position is somewhat unclear. BAEP's counsel emailed Plaintiff's counsel on March 10, 2026, requesting Plaintiff's consent to the filing of this brief. BAEP's counsel followed up the same day to request Plaintiff's position on BAEP's counsel's applications for admission *pro hac vice*. On March 12, Plaintiff's counsel Ms. Bennett responded to an email string containing both requests, "No objection from the United States." An hour later, Plaintiff's counsel Mr. Gardner responded to BAEP's original email stating, "[t]he United States objects to the filing of your brief at this late

hour . . . ." BAEP responded and asked if the United States had reversed its position since Ms. Bennett's email an hour earlier. Having received no reply, BAEP followed up by email on March 18. Neither Mr. Gardner nor Ms. Bennett has responded.

**WHEREFORE,** the Bipartisan American Election Project respectfully requests that this Court grant its motion for leave to file a brief as *amicus curiae* in this case.

Dated: March 23, 2026                    Respectfully submitted,

*/s/ Andrew G. Pappas*
Andrew G. Pappas, *pro hac vice*
Mary R. O'Grady, *pro hac vice*
John S. Bullock, *pro hac vice*
Kimberly I. Friday, BBO # 660544
OSBORN MALEDON, P.A.
2929 North Central Ave., 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
apappas@omlaw.com
mogrady@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com

*Attorneys for Amicus Curiae*
*Bipartisan American Election Project*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Plaintiff, Intervenors, and Defendant were contacted regarding the subject of this motion. Defendant and Intervenors consent to the motion. Plaintiff appears to be opposed, but Plaintiff's position is somewhat unclear.

/s/*Andrew G. Pappas*
Andrew G. Pappas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of March, 2026, with a copy of this document via the Court's CM/ECF system.

/s/*Andrew G. Pappas*
Andrew G. Pappas