**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


<u>United States of America</u>

            Plaintiff,

      V.

                       CIVIL ACTION NO. <u>1:25-13816-LTS</u>


<u>William Francis Galvin</u>

            Defendant.

## <u>ORDER OF DISMISSAL</u>

<u>Sorokin, D. J.</u>


    In accordance with the Court's ORDER, Dkt. No. 92, dated <u>April 9, 2026,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                       By the Court,


<u>4/9/2026 </u>                    <u>/s/ Flaviana de Oliveira </u>
   Date                         Deputy Clerk