IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

     Plaintiff,

     v.

WILLIAM FRANCIS GALVIN, in his
Official Capacity as Secretary of State for
the Commonwealth of Massachusetts,

     Defendant(s).

Case Number: 1:25-cv-13816-LTS

**NOTICE OF APPEAL**

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General,

appeals to the United States Court of Appeals for the First Circuit from this Court's Order

Denying the United States' Motion to Compel and Granting Defendant's Motion to Dismiss and

Intervenors' Motions to Dismiss (Doc. 92) and the District Court's entry of final judgment (Doc.

93 ).  Both Doc. 92 and Doc. 93 were filed on April 9, 2026.

Dated: June 1, 2026

     Respectfully submitted,

     HARMEET K. DHILLON
     Assistant Attorney General
     Civil Rights Division

     JESUS A. OSETE
     Principal Deputy Assistant Attorney General
     Civil Rights Division

     ERIC V. NEFF
     Acting Chief, Voting Section

     ANDREW G. BRANIFF
     Acting Chief, Appellate Section

1

/s/ Christopher J. Gardner
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street, Room 8.141
Washington, D.C. 20002
Christopher.Gardner@usdoj.gov
Tel. (202) 704-5430
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Christopher J. Gardner
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430