**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  United States of America v. Galvin

District Court Number:  1:25-cv-13816-LTS

Fee:   Paid?  Yes _____  No _X_  Government filer _Yes_  *In Forma Pauperis* Yes _____  No _X_

Motions Pending  Yes _____ No _X_         Sealed documents  Yes _____ No _X_
*If yes, document #*  _____         *If yes, document #*  _____

*Ex parte* documents  Yes _____ No _X_         Transcripts  Yes _____ No _X_
*If yes, document #*  _____         *If yes, document #*  _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent _____   Other: _____

Appeal from:
## ECF Nos. 92 Order, 93 Order Dismissing Case
Other information:

　　　　I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #92, #93, #95
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _95_____ filed on _June 1, 2026_____.

　　　　In testimony whereof, I hereunto set my hand and affix the seal of this Court on _June 2, 2026_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Flaviana de Oliveira
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**